```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

WESTCHESTER FIRE INSURANCE COMPANY,
a Pennsylvania corporation,

                     Plaintiff,

vs.                                  Case No. 2:12-cv-49-FtM-29SPC

ROBERT J. BENNETT,

                     Defendant.
_____

**OPINION AND ORDER**

This matter comes before the Court on review of the file. Because there are insufficient allegations that this Court has subject matter jurisdiction, the Complaint will be dismissed with leave to amend.

Subject-matter jurisdiction in the Complaint (Doc. #1) is premised on diversity of citizenship under Title 28, United States Code, Section 1332. "In order to be a citizen of a State within the meaning of the diversity statute, a natural person must both be a citizen of the United States and be domiciled within the State." Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 828 (1989). Pleading residency is not the equivalent of pleading domicile. Molinos Valle Del Cibao, C. por A. v. Lama, 633 F.3d 1330, 1342 n.12 (11th Cir. 2011); Corporate Mgmt. Advisors, Inc. v. Artjen Complexus, Inc., 561 F.3d 1294, 1297 (11th Cir. 2009); Taylor v. Appleton, 30 F.3d 1365, 1367 (11th Cir. 1994). "A person's domicile is the place of his true, fixed, and permanent home and

principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257-58 (11th Cir. 2002)(internal quotations and citations omitted).

The Complaint fails to allege the citizenship of the defendant, only his residence.  Since jurisdiction must be alleged in the Complaint, Fed. R. Civ. P. 8(a), the Complaint will be dismissed without prejudice and with leave to amend granted pursuant to Title 28, United States Code, Section 1653.

Accordingly, it is now

**ORDERED**:

1. The Complaint (Doc. #1) is **DISMISSED WITHOUT PREJUDICE** with leave to file an amended complaint within **TWENTY-ONE (21) DAYS** of the date of this Opinion and Order.

2.  Defendant's Motion to Dismiss Complaint (Doc. #8) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this   7th   day of May, 2012.

JOHN E. STEELE
United States District Judge

Copies: Counsel of record

-2-